UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANIEL A. COLLINS, JR. (#247846)

VERSUS

JAMES M LEBLANC, ET AL.

CIVIL ACTION

NO. 11-77-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 19, 2012 (doc. no. 40). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines to exercise supplemental jurisdiction over the plaintiff's state law claims, and the defendants' Motions to Dismiss (doc. no. 19 and 24) are GRANTED, dismissing the plaintiff's federal claims asserted against the defendants, with prejudice. Further, the plaintiff's claims asserted against defendant Dr. Heise are similarly DISMISSED, with prejudice, pursuant to 42 U.S.C. § 1915(e), for failure to state a claim upon which relief may be granted, and this action is DISMISSED.

Baton Rouge, Louisiana, this 17th day of February, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA